IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA K. BAKER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LINCOLN, NEBRASKA, LINCOLN POLICE DEPARTMENT (LPD), and JOHN/JANE DOE OFFICERS,<br><br>　　　　　　　Defendants. | 4:25CV3107<br><br>ORDER |

　　　　This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint. Filing No. 6. Plaintiff seeks "to file an amended complaint to add the Lancaster County Sheriff's Department as a defendant and include newly discovered facts." *Id*. at 1. Plaintiff attached to her motion a signed copy of her proposed amended complaint. *Id*. at 2–4. Upon consideration, the Court will grant Plaintiff's Motion and will consider the signed amended complaint attached to the Motion as the operative pleading.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Plaintiff's Motion for Leave to File Amended Complaint, Filing No. 6, is granted. The signed amended complaint attached to the Motion is the operative pleading in this case.

　　　　2.　　The Clerk of the Court is directed to update the docket text for Filing No. 6 to indicate that Filing No. 6 is the Amended Complaint.

　　　　3.　　Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims in the Amended Complaint to determine whether

summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 1st day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge