IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA K. BAKER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CITY OF LINCOLN, NEBRASKA, LINCOLN POLICE DEPARTMENT (LPD), and JOHN/JANE DOE OFFICERS,<br><br>                    Defendants. | 4:25CV3107<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's motion to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Filing No. 9. Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). In addition, Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, Defendants have not been served with process and Plaintiff asks the Court to dismiss this action without prejudice after the Court determined Plaintiff's Complaint fails to state a plausible claim for relief and gave Plaintiff leave to file an amended complaint. *See* Filing No. 8. Upon consideration,

IT IS THEREFORE ORDERED that:

1. Plaintiff's request for dismissal of this action, Filing No. 9, is granted. Accordingly, this matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 26th day of January, 2026.

BY THE COURT:

*Joseph F. Bataillon* (signature)

Joseph F. Bataillon
Senior United States District Judge